104 So.2d 568

## Eugene WALDROP

### v.

### STATE.

### 7 Div. 406.

Supreme Court of Alabama.

July 24, 1958.

Rowan S. Bone and Hinton & Torbert, Gadsden, for petitioner.

John Patterson, Atty. Gen., and Wm. C. Younger, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Eugene Waldrop for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Waldrop v. State, 104 So.2d 567.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.

101 So.2d 640

## Carl Benny WEST

### v.

### STATE.

### 7 Div. 395.

Supreme Court of Alabama.

March 6, 1958.

Rehearing Denied April 10, 1958.

W. M. Beck and Loma B. Beaty, Fort Payne, for petitioner.

John Patterson, Atty. Gen., and Robt. P. Bradley, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Carl Benny West for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in West v. State, 101 So.2d 638.

Writ denied.

LAWSON, SIMPSON, GOODWYN and COLEMAN, JJ., concur.